# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Janet Francis, | Civil No. 09-643 (DWF/AJB) |
| Plaintiff, | |
| v. | **ORDER** |
| Capella University, Christopher Cassirer, Mary Enright, Dr. Louis Kavar, Beth Muller, Thomas Clyburn, and Benjamin C. Imker, | |
| Defendants. | |

Janet Francis, *Pro Se*, Plaintiff.

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Arthur J. Boylan dated August 28, 2009, all the files and records, and no objections having been filed to said Recommendation,

**IT IS HEREBY ORDERED** that:

1. Plaintiff's "Application to Proceed Without Prepayment of Fees," (Doc. No. 2), is **DENIED**; and

2. This action is summarily **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: September 23, 2009          s/Donovan W. Frank
                                   DONOVAN W. FRANK
                                   United States District Judge